**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     G. Wesley Urquhart, Mary Elizabeth Urquhart, G. Wesley Urquhart,
                         P.C., and Carolyn Calkins James v. Richard Stephen Calkins,
                         Individually and as Agent- In-Fact, for Mary Olive Calkins, and
                         Michael Easton

Appellate case number:   01-13-00118-CV

Trial court case number: 2011-21236

Trial court:             125th District Court of Harris County

      The en banc court has voted to deny Appellees' Motion for Rehearing and Motion for Rehearing En Banc and Appellees' Motion to Order Re-Briefing and for Oral Argument. It is ordered that these motions are **denied**.


Judge's signature:  /s/ Rebeca Huddle_____
                         Acting for the En Banc Court*



Date: November 4, 2014_____



*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Huddle. Sharp, J., not participating.